UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| David Campbell Sutton, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| The North Carolina State Bar, Mary Winstead, Carmen Bannon, Fred Morelock, Irvin Hankins, Karen Ray, Wayne Truax, Katherine Jean, Disciplinary Hearing Commission of the North Carolina State Bar, | ) | 5:14-CV-243-BR |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss are ALLOWED. Defendants' motions to stay the order for a discovery plan are DENIED as moot. Plaintiff's motions are DENIED. Plaintiff's claims are DISMISSED WITH PREJUDICE. This case is closed.

**This judgment filed and entered on September 12, 2014, and served on:**

David Campbell Sutton (via CM/ECF Notice of Electronic Filing)
Barry S. McNeill (via CM/ECF Notice of Electronic Filing)
I. Faison Hicks (via CM/ECF Notice of Electronic Filing)

September 12, 2014         /s/ Julie A. Richards,
                                         Clerk of Court